Clarence Hammer et al., Appellees, v. Walter C. Shaffer, Appellant.

Gen. No. 9,628.

opinion filed May 26, 1949; rehearing denied July 7, 1949; released for publication July 7, 1949. Arthur J. B. Showalter, for appellant; Dobbins, Dobbins & Fraker, for appellees. Opinion by JUSTICE O'CONNOR. **Not to be published in full.**